IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY LEWIS | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
| v. | : | No. 2:11-cv-2507 |
| | : | |
| CABANA COACHES, LLC | : | |
|       Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of January, 2012, upon consideration of Defendant's "Motion to Dismiss Or In The Alternative To Transfer," (Doc. No. 6), Plaintiff's Response (Doc. No. 11), and Defendant's Supplemental Memorandum (Doc. No. 13), and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1631, and in the interests of justice, this matter is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**